■ In the Matter of JOHN FARRELLY et al., Petitioners, v. TOWN OF RAMAPO et al., Respondents, and NATIONAL MODULAR SYSTEMS, INC., et al., Intervenors-Respondents.—

Munder, Acting P. J., Martuscello, Kleinfeld, Brennan and Benjamin, JJ., concur.